UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 25, 2003

4:00 p.m.

Held
30 mins.

CASE NO. **3:03cv512 (SRU)**   **Tanner, et al v Mineo, et al**

Pamela J. Coyne
Durant, Nichols, Houston, Hodgson & Cort
1057 Broad St.
Bridgeport, CT 06604-0351


Christopher M. Hodgson
Durant, Nichols, Houston, Hodgson & Cort
1057 Broad St.
Bridgeport, CT 06604-0351


Elisabeth Ann Seieroe Maurer
871 Ethan Allen Hghy, Suite 202
Ridgefield, CT 06877

* ATTORNEY MAURER SHALL INITIATE THE CONFERENCE CALL TO

JUDGE GARFINKEL @ 203-579-5593.

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK