UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 10, 2003

1:00 p.m.

*Held*
*30 mins.*

CASE NO. **3:03cv512 (SRU)**   Tanner, et al vs. Mineo, et al

Pamela J. Coyne
Durant, Nichols, Houston, Hodgson & Cort
1057 Broad St.
Bridgeport, CT 06604-0351


Christopher M. Hodgson
Durant, Nichols, Houston, Hodgson & Cort
1057 Broad St.
Bridgeport, CT 06604-0351


Elisabeth Ann Seieroe Maurer
871 Ethan Allen Hghy, Suite 202
Ridgefield, CT 06877

\*PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL

TO JUDGE GARFINKEL @203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK