UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2003 DEC 23 A 10: 02

Tanner

v.                              Case Number: 3:03cv512 (SRU)

Mineo

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on December 22, 2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 21, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 22, 2003.


KEVIN F. ROWE, CLERK

By: _Alice Montz_
    A. Montz
    Deputy Clerk