**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | |
|---|---|
| WILLIAM TANNER, et al<br>and collectively as,<br>Wilton Police Local 1429,<br>  Plaintiffs, | 2004 JAN 20 P 1: 22<br>CIVIL ACTION NO.<br>3:03CV0512 (SRU)<br>BRIDGEPORT CT |
| v. | |
| RANDOLPH MINEO,<br>in his official capacity as<br>Chief of Police<br>of THE TOWN OF WILTON<br>and in his personal capacity;<br>TOWN OF WILTON,<br>  Defendants. | January 15, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs by and through their attorneys The Law Offices of Elisabeth Seieroe Maurer P.C. hereby files this Stipulation of Dismissal with prejudice pursuant to the attached Release.

TOWN OF WILTON,                                   PLAINTIFFS,

By: _____                             By: Elisabeth Seieroe Maurer (ct11445)
                                                  Law Offices of Elisabeth Seieroe Maurer, PC
Date: 1/16/04                                     871 Ethan Allen Highway, Suite 202
                                                  Ridgefield, CT 06877
_____                                 Phone (203) 438-1388, Fax (203) 431-0357
For RANDOLPH MINEO                                e-mail: esmaurer@esmlaw.net
In His Official Capacity as
CHIEF OF POLICE and in
His Personal Capacity

Date: 1/16/04

## CERTIFICATION

I hereby certify that a copy of the foregoing was caused to be served this 16th day of January, 2004, via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

Elisabeth Seieroe Maurer
Law Offices of Elisabeth Seieroe Maurer
871 Ethan Allen Hwy., Ste. 202
Ridgefield, CT  06877

*[signature]*
Christopher M. Hodgson

P:\lit\pjc\929500\076\00035323.DOC

10