UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 20 P 1:22

| | |
|---|---|
| WILLIAM TANNER, et al<br>and collectively as,<br>Wilton Police Local 1429,<br>Plaintiffs,<br><br>v.<br><br>RANDOLPH MINEO,<br>in his official capacity as<br>Chief of Police<br>of THE TOWN OF WILTON<br>and in his personal capacity;<br>TOWN OF WILTON,<br>Defendants. | CIVIL ACTION NO.<br>3:03CV0512 (SRU)<br><br><br><br><br><br>January 15, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs by and through their attorneys The Law Offices of Elisabeth Seieroe Maurer P.C. hereby files this Stipulation of Dismissal with prejudice pursuant to the attached Release.

TOWN OF WILTON,

By: _____
Date: 01/16/04

_____
RANDOLPH MINEO
In His Official Capacity as
CHIEF OF POLICE and in
His Personal Capacity
Date: 1/16/04

PLAINTIFFS,

By: Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388, Fax (203) 431-0357
e-mail: esmaurer@esmlaw.net

APPROVED. The case is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
01/27/04